# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CALLIE WINFREY | CIVIL ACTION |
| VERSUS | |
| DARRELL VANNOY, ET AL | NO.: 16-00806-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 8)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff's Complaint (Doc. 1). Plaintiff, an inmate confined at Louisiana State Penitentiary ("LSP") in Angola, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against Warden Darrell Vannoy, Assistant Warden "B. Boeker," "Col. Allen, Lt. Col. T Barton, Capt. T. Morgan, and Lt. J. Franklin" ("Defendants") alleging they violated his Eighth Amendment rights. (Doc. 8 at p. 2). The Magistrate Judge recommended that this action be dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C §§ 1915(e) and 1915A. (*Id.* at p. 7).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions,

and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 23rd day of July, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**